UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI‘I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEVADA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON; STATE OF WISCONSIN; DISTRICT OF COLUMBIA,

Plaintiffs,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, in his official capacity as the DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES,

Defendants.

26-cv-7978 (RA)

ORDER AND NOTICE OF INITIAL CONFERENCE

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. It is hereby:

ORDERED that, by October 2, 2026, the parties submit a joint letter, not to exceed five (5) pages, providing the following information in separate paragraphs:

1. A brief description of the nature of the action and the principal defenses thereto;
2. A brief explanation of why jurisdiction and venue lie in this Court.
3. A brief description of all contemplated and/or outstanding motions;
4. A brief description of any discovery that has already taken place, and/or that which will be necessary for the parties to engage in meaningful settlement negotiations;

5. A brief description of prior settlement discussions (without disclosing the parties' offers or settlement positions) and the prospect of settlement;

6. The estimated length of trial; and

7. Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.

IT IS FURTHER ORDERED that, by October 2, 2026, the parties jointly submit to the Court a proposed case management plan and scheduling order. A template for the order is available at https://nysd.uscourts.gov/hon-ronnie-abrams. The status letter and the proposed case management plan should be filed electronically, consistent with the Court's Electronic Case Filing (ECF) Rules & Instructions, which are available at https://nysd.uscourts.gov/rules/ecf-related-instructions.

IT IS FURTHER ORDERED that, unless the parties request otherwise, counsel for all parties appear for an initial status conference on October 9, 2026, at 3:00 p.m. The conference will be held in Courtroom 1506 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If Defendants have not yet been properly served, have not filed a responsive pleading, and/or the parties otherwise seek to adjourn the conference, they shall notify the Court by no later than October 2, 2026. If Defendants have been properly served and the parties are available to proceed with an initial status conference prior to October 9, 2026, the parties shall notify the Court and propose an earlier date for the conference, as well as for submission of the status letter and proposed case management plan.

Plaintiffs are ordered to serve Defendants with a copy of this order and to file an affidavit on ECF certifying that such service has been effectuated.

SO ORDERED.

Dated: September 16, 2026
New York, New York



Ronnie Abrams
United States District Judge