**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAI'I; STATE OF MAINE; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEVADA; STATE OF OREGON; JOSH SHAPIRO, in his official capacity as Governor of the COMMONWEALTH OF PENNSYLVANIA; STATE OF RHODE ISLAND; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; STATE OF WASHINGTON; STATE OF WISCONSIN; DISTRICT OF COLUMBIA,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as the SECRETARY OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; and JOSEPH B. EDLOW, in his official capacity as DIRECTOR OF U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Case No. 1:26-cv-07978-RA |

**DECLARATION REGARDING SERVICE OF PROCESS**

I hereby depose and state as follows:

1. I am over the age of eighteen and am Special Counsel for the Office of the New York State Attorney General.

2. On September 15, 2026, this office received summonses directed to Defendants United States Department of Homeland Security, Markwayne Mullin, in his official capacity as Secretary of Homeland Security, U.S. Citizenship and Immigration Services, and Joseph B. Edlow, in his official capacity as Director of U.S. Citizenship and Immigration Services.

3. On September 15, 2026, Defendants agreed to accept service by email, but on September 16, 2026, I also caused copies of the summonses described in the preceding paragraph, along with copies of the complaint, exhibits to the complaint, and the civil cover sheet to be sent via certified mail to the defendants as follows:

| Entity/Individual Served | Address |
|---|---|
| United States Department of Homeland Security | United States Department of Homeland Security<br>Office of the General Counsel<br>MS 0485<br>2707 Martin Luther King Jr. Ave SE<br>Washington, DC 20528-0525 |
| Secretary Markwayne Mullin | Secretary Markwayne Mullin<br>United States Department of Homeland Security<br>Office of the Executive Secretary<br>MS 0525<br>2707 Martin Luther King Jr. Ave SE<br>Washington, DC 20528-0525 |
| U.S. Citizenship and Immigration Services | U.S. Citizenship and Immigration Services<br>Office of the Chief Counsel<br>5900 Capital Gateway Drive<br>Mail Stop 2120<br>Camp Springs, MD 20588-0009 |
| Director Joseph B. Edlow | Director Joseph B. Edlow<br>U.S. Citizenship and Immigration Services<br>Office of the Chief Counsel |

| | |
|---|---|
| | 5900 Capital Gateway Drive<br>Mail Stop 2120<br>Camp Springs, MD 20588-0009 |
| Attorney General Todd Blanche | Attorney General Todd Blanche<br>U.S. Department of Justice<br>950 Pennsylvania Ave., N.W.<br>Washington, DC 20530-0001 |
| U.S. Attorney's Office for the Southern District of New York | Civil Process Clerk<br>United States Attorney's Office<br>Southern District of New York<br>86 Chambers Street, 3rd Floor<br>New York, NY 10007 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 9/16/2026

/s/ Natasha M. Korgaonkar

Natasha M. Korgaonkar