AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

State of New York, et al.
*Plaintiff*
v.
U.S. Department of Homeland Security, et al.
*Defendant*

Case No. 26-cv-7978

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Massachusetts .

Date: 09/22/2026

/s/ Phoebe Lockhart
*Attorney's signature*

Phoebe Lockhart (Massachusetts BBO No. 709411)
*Printed name and bar number*

Massachusetts Office of the Attorney General
One Ashburton Place
Boston, MA 02108
*Address*

phoebe.lockhart@mass.gov
*E-mail address*

(617) 963-2663
*Telephone number*

*FAX number*